UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ATUL SAINI,<br><br>            Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br><br>            Defendant. | Case No. 24-cv-03188-RMI<br><br>**ORDER DIRECTING FILING OF BRIEF** |

On May 28, 2024, a Social Security Procedural Order (dkt. 2) was entered in this matter. The Procedural Order stated that within 30 days of the Commissioner filing an answer, which could consist of a copy of the administrative record, Plaintiff was to file a brief in support of the relief he requested. *Id.* at 1. The Commissioner filed a copy of the administrative record on August 28, 2024. *See* Dkts. 13, 14. Under the Procedural Order, therefore, Plaintiff's brief was due no later than September 27, 2024. However, as of April 10, 2025, Plaintiff has not yet filed a brief.

IT IS THEREFORE ORDERED that, within 30 days of receiving this order, Plaintiff must file a brief explaining why the Commissioner's decision should be reversed by this court. **Failure to file a brief by this deadline may result in Plaintiff's case being dismissed.**

**IT IS SO ORDERED.**

Dated: April 10, 2025

ROBERT M. ILLMAN
United States Magistrate Judge